## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WOODARD | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 02-8543 |
| DONALD T. VAUGHN, et al. | : |

### ORDER

**AND NOW** this 11th day of September 2014, upon consideration of Robert Woodard's motion for relief from judgment pursuant to Rule 60(b)(6) (Doc. No. 26) and the response, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge