IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. WOODARD, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-8543 |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of February, 2016, after considering the motion to vacate order denying habeas corpus relief pursuant to Federal Rule of Civil Procedure 60(b)(6) (the "Motion") filed by the *pro se* movant, Robert L. Woodard (Doc. No. 34); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The Motion, which is a "second or successive" petition for writ of habeas corpus under 28 U.S.C. § 2254, is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

2. The movant's request for the appointment of counsel is **DENIED**; and

3. There is no cause for issuance of a certificate of appealability.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.