IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. WOODARD, | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-8543 |
| v. | : | |
| JOHN E. WETZEL, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 6th day of September, 2018, after considering the motion to vacate order denying habeas corpus relief pursuant to Federal Rule of Civil Procedure 60(b)(6) filed by the *pro se* movant, Robert L. Woodard (Doc. No. 40); and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The motion (Doc. No. 40), which is a "second or successive" petition for writ of habeas corpus under 28 U.S.C. § 2254, is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. A certificate of appealability **SHALL NOT** issue.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.