IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. WOODARD, | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-8543 |
| v. | : | |
| JOHN E. WETZEL, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 10th day of March, 2020, after considering the "Motion to Vacate Order Denying Habeas Relief Pursuant to Fed. R. Civ. Proc. 60(b)(6)" filed by the *pro se* petitioner, Robert L. Woodard (Doc. No. 47); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The "Motion to Vacate Order Denying Habeas Relief Pursuant to Fed. R. Civ. Proc. 60(b)(6)" (Doc. No. 47) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. A certificate of appealability **SHALL NOT** issue.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.