IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. WOODARD,                          :
                                            :
                        Petitioner,         :          CIVIL ACTION NO. 02-8543
                                            :
            v.                              :
                                            :
JOHN E. WETZEL, et al.,                     :
                                            :
                        Respondents.        :

## ORDER

**AND NOW**, this 21st day of March, 2023, after considering the "Motion to Vacate Order Denying Habeas Relief Pursuant to Fed. R. Civ. Proc. 60(b)(6)" filed by the *pro se* petitioner, Robert L. Woodard (Doc. No. 50); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The "Motion to Vacate Order Denying Habeas Relief Pursuant to Fed. R. Civ. Proc. 60(b)(6)" (Doc. No. 50) is **DENIED**; and

2.      A certificate of appealability **SHALL NOT** issue.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.